1    John E. Sweeney
      Angela Powell
2    LAW OFFICES OF JOHN SWEENEY
      315 South Beverly Drive, Suite 305
3    Beverly Hills, CA 90212

4    Attorneys for Plaintiffs KEIDRON DAVIS, SHIANNE DAVIS and KAREEM DAVIS

5    **P O R T E R  |  S C O T T**
      A PROFESSIONAL CORPORATION
6    Terence J. Cassidy, SBN 99180
      Stephen W. Robertson, SBN 228708
7    350 University Ave., Suite 200
      Sacramento, California 95825
8    TEL: 916.929.1481
      FAX: 916.927.3706
9
      Attorneys for Defendants: MERCED COUNTY, MERCED COUNTY JAIL; MERCED
10   COUNTY SHERIFF'S DEPARTMENT; T. ADAMS ARELLANO, L. BARRON, R.
     BLODGETT, B. GRIFFITH, L. HALFORD, E. KIDD, J. MESSICK MELO, J. MILLER,
11   V. MOCKUS, B. MUNGUIA, A. MURILLO, ALEXANDER NGO, R. NORRIS, MARK
     PACE, R. ROMERO, M. SALACUP, B. SHAMBAUGH, F. SWAFFORD, R. THORSEN,
12   C. TILLEY, M. VERGARA and J. WATTERS

13

14                 **UNITED STATES DISTRICT COURT**

15              **EASTERN DISTRICT OF CALIFORNIA**

16

17   KEIDRON DAVIS, a minor, by and through     CASE NO.  1:07-CV-00180 OWW/SMS
     his guardian ad litem REBECCA CRYER;
18   SHIANNE DAVIS, a minor, by and through     **JOINT  STIPULATION  AND**
     his guardian ad litem REBECCA CRYER,      **PROPOSED  ORDER  TO  MODIFY**
19   KAREEM DAVIS, a minor, by and through     **SCHEDULING ORDER**
     his guardian ad litem NALIN AVILA,
20

21             Plaintiffs,

22   vs.

23   MERCED COUNTY, MERCED COUNTY
     JAIL; MERCED COUNTY SHERIFF'S
24   DEPARTMENT; T. ADAMS ARELLANO,
     NO. 5332; L. BARRON, NO. 5361; R.
25   BLODGETT, NO. 5316; B. GRIFFITH, NO.
     5313; L. HALFORD, NO. 5365, E. KIDD,
26   NO. 5372; J. MESSICK MELO, NO. 5346;
     J. MILLER, NO. 5355; V. MOCKUS, NO.
27   5376;  B.  MUNGUIA,  NO.  5373;  A.
     MURILLO, NO. 5353; ALEXANDER NGO,
28   NO. 5340; R. NORRIS, NO. 5386; MARK
     PACE, NO. 5320; R. ROMERO, NO. 5317;

     M.  SALACUP,  NO.  5375;  B.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1    SHAMBAUGH, NO. 5358; F. SWAFFORD,
     NO. 5390; R. THORSEN, NO. 5106; C.
2    TILLEY, NO. 5328; M. VERGARA, NO.
     5378; J. WATTERS, NO. 5366; KAREEN
3    DAVIS; CEDRIC DAVIS, JR.; TASHIA
     DAVIS; AND DOES 1 through 50, inclusive
4
                    Defendants.
5    _____/

6

7        Plaintiffs KEIDRON DAVIS, SHIANNE DAVIS and KAREEM DAVIS and

8    Defendants MERCED COUNTY, MERCED COUNTY JAIL; MERCED COUNTY

9    SHERIFF'S DEPARTMENT; T. ADAMS ARELLANO, L. BARRON, R. BLODGETT, B.

10   GRIFFITH, L. HALFORD, E. KIDD, J. MESSICK MELO, J. MILLER, V. MOCKUS, B.

11   MUNGUIA, A. MURILLO, ALEXANDER NGO, R. NORRIS, MARK PACE, R.

12   ROMERO, M. SALACUP, B. SHAMBAUGH, F. SWAFFORD, R. THORSEN, C. TILLEY,

13   M. VERGARA and J. WATTERS, by and through their respective attorneys of record,

14   hereby agree to the proposed changes set forth below and request the Court to modify the

15   Pre-Trial Scheduling Order issued June 7, 2007 as follows:

16        All discovery shall be completed                September 16, 2008

17        Expert Witness Disclosure                        July 15, 2008

18        Supplemental Rebuttal Disclosure of Experts      August 15, 2008

19        LD to File Non-Dispositive Motions               September 30, 2008

20        Hearing on all Non-Dispositive Motions           November 1, 2008

21        Dispositive Motions Shall be Filed               October 15, 2008

22        Hearing on all Dispositive Motions               November 21, 2008

23        Final Pre-Trial Conference                       January 2009

24        Trial                                            February 2009

25        Good cause exists to modify the scheduling order because the parties have agreed in

26   good faith to engage in mediation in the hopes to resolve this matter as soon as possible.

27   Additional time is necessary to ensure that all necessary parties attend the mediation in that

28   this is a wrongful death action in which two minor heirs are named as Defendants but have

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

2
00551860.WPD   JOINT STIP & PROPOSED ORDER TO MODIFY SCHEDULING ORDER

1    not yet been served nor have guardian ad litems been appointed to represent their interests.

2    Thus, it will be necessary to take those steps in order to properly mediate and resolve this

3    action.  All parties have agreed to mediate this matter as soon as reasonably possible and

4    therefore respectfully request modification of the scheduling order as identified above.

5    Dated: January 22, 2008                     PORTER SCOTT
                                                  A PROFESSIONAL CORPORATION
6

7
                                                  By _  s/ Terence J. Cassidy_____
8                                                      Terence J. Cassidy
                                                       Stephen W. Robertson
9                                                      Attorneys for Defendants MERCED
                                                       COUNTY, MERCED COUNTY JAIL;
10                                                     MERCED COUNTY SHERIFF'S
                                                       DEPARTMENT; T. ADAMS ARELLANO,
11                                                     L. BARRON, R. BLODGETT, B.
                                                       GRIFFITH, L. HALFORD, E. KIDD, J.
12                                                     MESSICK MELO, J. MILLER, V.
                                                       MOCKUS, B. MUNGUIA, A. MURILLO,
13                                                     ALEXANDER NGO, R. NORRIS, MARK
                                                       PACE, R. ROMERO, M. SALACUP, B.
14                                                     SHAMBAUGH, F. SWAFFORD, R.
                                                       THORSEN, C. TILLEY, M. VERGARA
15                                                     and J. WATTERS

16   Dated: January 9, 2008                      LAW OFFICES OF JOHN SWEENEY

17

18                                               By _ /s/ Angela Powell (as authorized on 01/09/08)
                                                      John E. Sweeney
19                                                    Angela Powell
                                                      Attorneys for Plaintiffs
20                                                    KEIDRON  DAVIS,  SHIANNE  DAVIS
                                                      and KAREEM DAVIS

21

22

23

24

25

26

27

28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

00551860.WPD   **JOINT STIP & PROPOSED ORDER TO MODIFY SCHEDULING ORDER**

1    Based on the Stipulation of the parties and good cause appearing therefor:

2    IT IS HEREBY ORDERED that the Pre-trial Schedule is modified as set forth below:

3    All discovery shall be completed                 September 16, 2008

4    Expert Witness Disclosure                        July 15, 2008

5    Supplemental Rebuttal Disclosure of Experts      August 15, 2008

6    LD to File Non-Dispositive Motions               September 30, 2008

7    Hearing on all Non-Dispositive Motions           November 1, 2008

8    Dispositive Motions Shall be Filed               October 15, 2008

9    Hearing on all Dispositive Motions               November 21, 2008

10   The Final Pre-trial Conference will be continued to January __20__, 2009, at __11:00 a.m.

11   _____ and Trial is now scheduled to commence on February _24_, 2009, at 9:00 a.m.

12   IT IS SO ORDERED.

13   IT IS SO ORDERED.

14   **Dated:   __January 22, 2008__**              _____ /s/ Oliver W. Wanger _____
                                                     UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

00551860.WPD   **JOINT STIP & PROPOSED ORDER TO MODIFY SCHEDULING ORDER**