**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Stephen W. Robertson, SBN 228708
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
MERCED COUNTY, MERCED COUNTY JAIL; MERCED COUNTY SHERIFF'S DEPARTMENT; T. ADAMS ARELLANO, L. BARRON, R. BLODGETT, B. GRIFFITH, L. HALFORD, E. KIDD, J. MESSICK MELO, J. MILLER, V. MOCKUS, B. MUNGUIA, A. MURILLO, ALEXANDER NGO, R. NORRIS, MARK PACE, R. ROMERO, M. SALACUP, B. SHAMBAUGH, F. SWAFFORD, R. THORSEN, C. TILLEY, M. VERGARA and J. WATTERS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIDRON DAVIS, a minor, by and through his guardian ad litem REBECCA CRYER, et al., | Case No. 1:07-cv-00180 OWW-SMS |
| | **STIPULATED PROTECTIVE ORDER** |
| Plaintiffs, | |
| vs. | |
| MERCED COUNTY, et al., | |
| Defendants. | |

This Protective Order is entered into by the Defendants MERCED COUNTY, MERCED COUNTY JAIL; MERCED COUNTY SHERIFF'S DEPARTMENT; T. ADAMS ARELLANO, L. BARRON, R. BLODGETT, B. GRIFFITH, L. HALFORD, E. KIDD, J. MESSICK MELO, J. MILLER, V. MOCKUS, B. MUNGUIA, A. MURILLO, ALEXANDER NGO, R. NORRIS, MARK PACE, R. ROMERO, M. SALACUP, B. SHAMBAUGH, F.

SWAFFORD, R. THORSEN, C. TILLEY, M. VERGARA and J. WATTERS, represented by PORTER SCOTT and the Department of Justice, represented by Ashante Norton on behalf of the Attorney General of the State of California.

1. Plaintiff CEDRIC DAVIS criminal history records, as disclosed to persons associated with this litigation, shall be used solely in connection with this litigation and the preparation and trial of this case, or any related appellate proceeding, and not for any other purpose, including any other litigation.

2. The file may not be disclosed except for as set forth in paragraph 3. "Disclosed" means that the documents themselves, or copies of the documents, or the substance of the documents is disseminated to any person by any means.

3. The file may be disclosed only to the following persons:

   (a) Counsel for any party to this action;

   (b) Paralegal, stenographic, clerical and secretarial personnel regularly employed by counsel referred to in (a) and law students assigned to this case.

   (c) Court personnel including stenographic reporters engaged in such proceedings as are necessarily incidental to the preparation for trial of this action.

   (d) Any outside expert or consultant retained in connection with this action and not otherwise employed by either party;

   (e) Any "in house" expert designated by Defendant to testify in the trial of this matter;

  (f) Witnesses, other than Plaintiff herein, may have the documents disclosed to them during deposition proceedings, however, the witnesses may not leave the deposition with copies of the documents and shall be bound by the provisions of paragraph 4.

Nothing in this paragraph (3), or this order, is intended to prevent officials or employees of the Department of Justice of other authorized government official from having access to the criminal history records if they would have had access in the normal course of their job duties or in utilizing such information for purposes outside this litigation.

  4. Each person to whom disclosure is made, with the exception of counsel who are presumed to know the contents of this Protective Order shall, prior to the time of disclosure, be provided by the person furnishing him/her such material a copy of this order, and shall agree on the record or in writing that he/she has read the Protective Order and that he/she understands the provisions of the Protective Order.  Such person must also consent to be subject to the jurisdiction of the United States District Court for the Eastern District of California with respect to any proceeding relating to enforcement of this Order, including without limitation, any proceeding for contempt. Unless made on the record in this litigation, counsel making disclosure to any person described above shall retain the original executed copy of said agreement until final termination of this litigation.

  5. At the conclusion of the trial and of any appeal or upon termination of this litigation, the criminal history records received under the provision of this Order (including any copies made) shall be tendered back to the Department of Justice.  Provisions of this Order insofar as they restrict disclosure and use of the material shall be in effect until further order

of this court.

  6. The foregoing is without prejudice to the right of any party (a) to apply to the court for a further Protective Order relating to any Confidential material or relating to discovery in this litigation; (b) to apply to the court for an Order removing the terms of this Protective Order from the criminal history record; and (c) to apply to the court for an Order compelling production of documents or modifications of this Order, or for any Order permitting disclosure of the criminal history records beyond the terms of this Order.

  7. Nothing in this Order shall preclude a party from showing or disclosing to any person not listed in paragraph 3 of this Order deposition transcripts, pleadings, or briefs containing portions of the criminal history records if the document containing such materials has been masked or deleted so that no disclosure of the content of the file occurs.

Dated: February 13, 2008    PORTER SCOTT
                A PROFESSIONAL CORPORATION

                By /s/ Stephen W. Robertson
                Attorneys for Defendants
                Terence J. Cassidy
                Stephen W. Robertson
                MERCED COUNTY, MERCED COUNTY JAIL; MERCED COUNTY SHERIFF'S DEPARTMENT; T. ADAMS ARELLANO, L. BARRON, R. BLODGETT, B. GRIFFITH, L. HALFORD, E. KIDD, J. MESSICK MELO, J. MILLER, V MOCKUS, B. MUNGUIA, A. MURILLO, ALEXANDER NGO, R. NORRIS, MARK PACE, R. ROMERO, M. SALACUP, B. SHAMBAUGH, F. SWAFFORD, R. THORSEN, C. TILLEY, M. VERGARA and J. WATTERS

                                 Dated: February

13, 2008				DEPARTMENT OF JUSTICE
					Office of the Attorney General


					By /s/ Ashante Norton (as authorized on 2/13/08 )

_____

IT IS SO ORDERED.

**Dated:   February 15, 2008**          _____/s/ Sandra M. Snyder_____
					UNITED STATES MAGISTRATE JUDGE