JOHN E. SWEENEY - Bar No. 116285
ANGELA M. POWELL - Bar No. 191876
**LAW OFFICES OF JOHN E. SWEENEY**
315 South Beverly Drive, Suite 305
Beverly Hills, California 90212

Telephone: 310.277.9595
Facsimile: 310.277.0177

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| KEIDRON DAVIS, a minor, by and through his guardian ad litem REBECCA CRYER; SHIANNE DAVIS, a minor, by and through her guardian ad litem REBECCA CRYER; KAREEM DAVIS, a minor, by and through his guardian ad litem, NALIN AVILA, <br><br> Plaintiffs, <br> v. <br><br> MERCED COUNTY; MERCED COUNTY JAIL; MERCED COUNTY SHERIFF'S DEPARTMENT; T. ADAMS ARELLANO, NO. 5332; L. BARRON, NO. 5361; R. BLODGETT, NO. 5316; B. GRIFFITH, NO. 5313; L. HALFORD, NO. 5365; E. KIDD, NO. 5372; J. MESSICK MELO, NO. 5346; J. MILLER, NO. 5355; V. MOCKUS, NO. 5376; B. MUNGUIA, NO. 5373; A. MURILLO, NO. 5353; ALEXANDER NGO, NO. 5340; R. NORRIS, NO. 5386; MARK PACE, NO. 5320; R. ROMERO, NO. 5317; M. SALACUP, NO. 5375; B. SHAMBAUGH, NO. 5358; F.SWAFFORD, NO. 5390; R. THORSEN, NO. 5106; C. TILLEY, NO. 5328; M. VERGARA, NO. 5378; J. WATTERS, NO. 5366; CEDRIC DAVIS, JR.; TASHIA DAVIS; AND DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO.: 07-0180 OWW-SMS <br><br> **PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM [*F.R.C.P.* 17©]** |

-1-

**Guardian Ad Litem Petition and Order Re Kareem Davis**

Petitioner KAREEM DAVIS states as follows:

1. KAREEM DAVIS is a minor of nine years of age.

2. No general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

3. NALIN AVILA, an adult, is the natural mother of petitioner KAREEM DAVIS.

5. Said NALIN AVILA is willing to act as guardian ad litem for petitioner, as appears by her consent attached hereto.

WHEREFORE, petitioners move the Court for an order appointing  as guardian ad litem of petitioner for the purpose of bringing an action against the defendants on the claims hereinabove stated.

Dated:   October 2, 2007                         LAW OFFICES OF JOHN E. SWEENEY


                                                 /s/ John E. Sweeney
                                             By:_____
                                                 JOHN E. SWEENEY
                                                 Attorneys for Petitioners

## CONSENT OF NOMINEE

I, NALIN AVILA, mother and nominee of the petitioner, consents to act as guardian ad litem for the minor petitioner in the above action.

                                                 /s/ Nalin Avila
Dated:   October 2, 2007                     _____
                                                 NALIN AVILA

**Guardian Ad Litem Petition and Order Re Kareem Davis**

**O R D E R**

The petition for an order appointing NALIN AVILA as Guardian Ad Litem for petitioner KAREEM DAVIS is GRANTED.

IT IS SO ORDERED.

**Dated:   May 13, 2008**                    /s/ Sandra M. Snyder
                                             UNITED STATES MAGISTRATE JUDGE