John E. Sweeney (SBN 116285)
Angela M. Powell (SBN 191876)
**THE SWEENEY FIRM**
315 South Beverly Drive, Suite 305
Beverly Hills, California 90212
Telephone:  (310) 277-9595
Facsimile:   (310) 277-0177
Email:       jes@thesweeneyfirm.com
             amp@thesweeneyfirm.com

Attorneys for PLAINTIFFS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| KEIDRON DAVIS, a minor, by and through his guardian ad litem REBECCA CRYER; SHIANNE DAVIS, a minor, by and through her guardian ad litem REBECCA CRYER; KAREEM DAVIS, a minor, by and through his guardian ad litem, NALIN AVILA, CEDRIC DAVIS, JR. a minor by and through his guardian ad litem, SHANTEE ALEXANDER; TASHIYA DAVIS, a minor by and through her guardian ad litem, SHANTEE ALEXANDER, <br><br>  *Plaintiffs*, <br><br> v. <br><br> MERCED COUNTY; MERCED COUNTY JAIL; MERCED COUNTY SHERIFF'S DEPARTMENT; T. ADAMS ARELLANO, NO. 5332; L. BARRON, NO. 5361; R. BLODGETT, NO. 5316; B. GRIFFITH, NO. 5313; L. HALFORD, NO. 5365; E. KIDD, NO. 5372; J. MESSICK MELO, NO. 5346; J. MILLER, NO. 5355; V. MOCKUS, NO. 5376; B. MUNGUIA, NO. 5373; A. MURILLO, NO. 5353; ALEXANDER NGO, NO. 5340; R. NORRIS, NO. 5386; MARK PACE, NO. 5320; R. ROMERO, NO. 5317; M. SALACUP, NO. 5375; B. SHAMBAUGH, NO. 5358; F. SWAFFORD, NO. 5390; R. THORSEN, NO. 5106; C. TILLEY, NO. 5328; M. VERGARA, NO. 5378; J. WATTERS, NO. 5366; AND DOES 1 through 50, inclusive, <br><br> *Defendants*. | CASE NO.: 07-0180 OWW-SMS <br><br><br> **PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM [*F.R.C.P.* 17©]** |

**Guardian Ad Litem Petition and Order Re Cedric Davis, Jr.**

Petitioner CEDRIC DAVIS, JR. states as follows:

1. CEDRIC DAVIS, JR. is a minor of eight (8) years of age.

2. No general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

3. SHANTEE ALEXANDER, an adult, is the natural mother of petitioner CEDRIC DAVIS, JR..

5. Said SHANTEE ALEXANDER is willing to act as guardian ad litem for petitioner, as appears by her consent attached hereto.

WHEREFORE, petitioners move the Court for an order appointing as guardian ad litem of petitioner for the purpose of bringing an action against the defendants on the claims herein above stated.

Dated:   March 28, 2008            Respectfully submitted,

                                            THE SWEENEY FIRM

                                                        /s/
                                        By:_____
                                              John E. Sweeney
                                              Attorney for PETITIONERS

## CONSENT OF NOMINEE

I, Shantee Alexander, mother and nominee of the petitioner, consents to act as guardian ad litem for the minor petitioner in the above action.

Dated:   March 25, 2008                                      /s/
                                                             _____
                                                             Shantee Alexander

**Guardian Ad Litem Petition and Order Re Cedric Davis, Jr.**

**O R D E R**

The petition for an order appointing SHANTEE ALEXANDER as Guardian Ad Litem for petitioner, CEDRIC DAVIS, JR. is GRANTED.

IT IS SO ORDERED.

**Dated:   May 13, 2008**           /s/ Sandra M. Snyder
                                     UNITED STATES MAGISTRATE JUDGE