John E. Sweeney   State Bar No. 116285
Angela M. Powell  State Bar No. 191876
**THE SWEENEY FIRM**
315 South Beverly Drive, Suite 305
Beverly Hills, California 90212
Telephone:  310.277.9595
Facsimile:  310.277.0177
E-mail:     jes@thesweeneyfirm.com
            amp@thesweeneyfirm.com

Attorneys for PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

| | |
|---|---|
| KEIDRON DAVIS, a minor, by and through his guardian ad litem REBECCA CRYER; SHIANNE DAVIS, a minor, by and through her guardian ad litem REBECCA CRYER, KAREEM DAVIS, a minor by and through his guardian ad litem, NALIN AVILA, CEDRIC DAVIS, JR. a minor by and through his guardian ad litem, SHANTEE ALEXANDER; TASHIYA DAVIS, a minor by and through her guardian ad litem, SHANTEE ALEXANDER,<br><br>*Plaintiffs*,<br>v.<br><br>MERCED COUNTY; MERCED COUNTY JAIL; MERCED COUNTY SHERIFF'S DEPARTMENT; T.ADAMS ARELLANO, NO. 5332; L. BARRON, NO. 5361; R. BLODGETT, NO. 5316; B. GRIFFITH, NO. 5313; L. HALFORD, NO. 5365; E. KIDD, NO. 5372; J. MESSICK MELO, NO. 5346; J. MILLER, NO. 5355; V. MOCKUS, NO. 5376; B. MUNGUIA, NO. 5373; A. MURILLO, NO. 5353; ALEXANDER NGO, NO. 5340; R. NORRIS, NO.5386; MARK PACE, NO. 5320; R. ROMERO, NO. 5317; M. SALACUP, NO. 5375; B. SHAMBAUGH, NO. 5358; F. SWAFFORD, NO. 5390; R. THORSEN, NO. 5106; C. TILLEY, NO. 5328; M. VERGARA, NO. 5378; J. WATTERS, NO. 5366; and DOES 1 through 50, inclusive,<br><br>*Defendants*. | CASE NO.: 07-0180 OWW-SMS<br><br> **ORDER RE** ***EX PARTE* APPLICATION FOR SHORTENING TIME FOR SERVICE OF PETITION FOR COMPROMISE OF DISPUTED CLAIM OF MINOR; DECLARATION OF JOHN E. SWEENEY IN SUPPORT THEREOF**<br><br>**[Filed concurrently with *Ex Parte* Application for Shortening Time for Service of Petition for Compromise of Disputed Claim of Minor]**<br><br>Date:     May 13, 2008<br>Time:     11:00 a.m.<br>Location: Department 7 |

-1-

1  Good cause appearing,

2  IT IS ORDERED that Plaintiffs' *Ex Parte* Application for an Order
3  Shortening Time to hear the respective Petitions of each Plaintiff is granted.
4  The hearing shall be held on May 13, 2008, at 11:00 a.m. in Department 7
5  before the Honorable Sandra M. Snyder.

7  IT IS SO ORDERED.

8  **Dated:   May 13, 2008**          **/s/ Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE