JOHN E. SWEENEY - Bar No. 116285
ANGELA M. POWELL - Bar No. 191876
**LAW OFFICES OF JOHN E. SWEENEY**
315 South Beverly Drive, Suite 305
Beverly Hills, California 90212

Telephone:  310.277.9595
Facsimile:   310.277.0177

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

|  |  |
|---|---|
| KEIDRON DAVIS, a minor, by and through his guardian ad litem REBECCA CRYER; SHIANNE DAVIS, a minor, by and through her guardian ad litem REBECCA CRYER, | CASE NO.: 1:07-cv-00180-SMS |
| Plaintiffs, | **PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM [*F.R.C.P. 17(c)*]** |
| v. | |
| MERCED COUNTY; MERCED COUNTY JAIL; MERCED COUNTY SHERIFF'S DEPARTMENT; T. ADAMS ARELLANO, NO. 5332; L. BARRON, NO. 5361; R. BLODGETT, NO. 5316; B. GRIFFITH, NO. 5313; L. HALFORD, NO. 5365; E. KIDD, NO. 5372; J. MESSICK MELO, NO. 5346; J. MILLER, NO. 5355; V. MOCKUS, NO. 5376; B. MUNGUIA, NO. 5373; A. MURILLO, NO. 5353; ALEXANDER NGO, NO. 5340; R. NORRIS, NO. 5386; MARK PACE, NO. 5320; R. ROMERO, NO. 5317; M. SALACUP, NO. 5375; B. SHAMBAUGH, NO. 5358; F.SWAFFORD, NO. 5390; R. THORSEN, NO. 5106; C. TILLEY, NO. 5328; M. VERGARA, NO. 5378; J. WATTERS, NO. 5366; KAREEM DAVIS; CEDRIC DAVIS, JR.; TASHIA DAVIS; AND DOES 1 through 50, inclusive, | |
| Defendants. | |

-1-

_____

**Guardian Ad Litem Petition and Order**

Petitioners KEIDRON DAVIS and SHIANNE DAVIS state as follows:

1.    KEIDRON DAVIS is a minor of two years of age.

2.    SHIANNE DAVIS is a minor of nine months of age.

3.    No general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4.    REBECCA CRYER, an adult, is the natural mother of petitioners KEIDRON DAVIS and SHIANNE DAVIS.

5.    Said REBECCA CRYER is willing to act as guardian ad litem for petitioner, as appears by her consent attached hereto.

WHEREFORE, petitioners move the Court for an order appointing REBECCA CRYER as guardian ad litem of petitioners for the purpose of bringing an action against the defendants on the claims hereinabove stated.

Dated:    February 1, 2007          LAW OFFICES OF JOHN E. SWEENEY


                                             /s/ John E. Sweeney
                                    By: _____
                                    JOHN E. SWEENEY
                                    Attorneys for Petitioners

**CONSENT OF NOMINEE**

I, REBECCA CRYER, mother and nominee of the petitioners, consent to act as guardian ad litem for the minor petitioner in the above action.

                                             /s/ Rebecca Cryer
Dated:    February 1, 2007          _____
                                    REBECCA CRYER

**Guardian Ad Litem Petition and Order**

**O R D E R**

1

2          The petition for an order appointing REBECCA CRYER as guardian for

3    petitioner is GRANTED.

4    IT IS SO ORDERED.

5    **Dated:    May 15, 2008**                    **/s/ Sandra M. Snyder**
                                    UNITED STATES MAGISTRATE JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

---

**Guardian Ad Litem Petition and Order**