John E. Sweeney   State Bar No. 116285
Angela M. Powell  State Bar No. 191876
**THE SWEENEY FIRM**
315 South Beverly Drive, Suite 305
Beverly Hills, California 90212
Telephone:  310.277.9595
Facsimile:  310.277.0177
Email:      jes@thesweeneyfirm.com
            amp@thesweeneyfirm.com

Attorneys for PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

| | |
|---|---|
| KEIDRON DAVIS, a minor, by and through his guardian ad litem REBECCA CRYER; SHIANNE DAVIS, a minor, by and through her guardian ad litem REBECCA CRYER, KAREEM DAVIS, a minor by and through his guardian ad litem, NALIN AVILA, CEDRIC DAVIS, JR. a minor by and through his guardian ad litem, SHANTEE ALEXANDER; TASHIYA DAVIS, a minor by and through her guardian ad litem, SHANTEE ALEXANDER, | CASE NO.: 1:07-cv-00180-SMS<br><br>**1st AMENDED ORDER APPROVING COMPROMISE OF MINOR'S CLAIM RE KEIDRON DAVIS**<br><br>**Date:** May 13, 2008<br>**Time:** 11:00 a.m.<br>**Location:** Department 7 |
| *Plaintiffs*, | |
| v. | |
| MERCED COUNTY; MERCED COUNTY JAIL; MERCED COUNTY SHERIFF'S DEPARTMENT; T.ADAMS ARELLANO, NO. 5332; L. BARRON, NO. 5361; R. BLODGETT, NO. 5316; B. GRIFFITH, NO. 5313; L. HALFORD, NO. 5365; E. KIDD, NO. 5372; J. MESSICK MELO, NO. 5346; J. MILLER, NO. 5355; V. MOCKUS, NO. 5376; B. MUNGUIA, NO. 5373; A. MURILLO, NO. 5353; ALEXANDER NGO, NO. 5340; R. NORRIS, NO.5386; MARK PACE, NO. 5320; R. ROMERO, NO. 5317;  M. SALACUP, NO. 5375; B. SHAMBAUGH, NO. 5358; F. SWAFFORD, NO. 5390; R. THORSEN,  NO. 5106; C. TILLEY, NO. 5328;  M. VERGARA, NO. 5378; J. WATTERS, NO. 5366; and DOES 1 through 50, inclusive, | |
| *Defendants*. | |

Petitioner REBECCA CRYER, Guardian Ad Litem for KEIDRON DAVIS, has petitioned for the approval of the proposed compromise of claim. The matter came on regularly for hearing on May 13, 2008, at 11:00 a.m., in Department 7, concerning the following minor's claim:

    Name of Minor:   Keidron Davis

    Age:   3        Date of Birth: October 10, 2004    Sex: Male

    Residence of Petitioner: 116 West Feemster Avenue

                               Visalia, California 93277

    Residence of Minor:    116 West Feemster Avenue

                               Visalia, California 93277

Petitioner is the biological mother of Keidron Davis.

This claim to compromised is asserted against all defendants as set forth above, their agents, and assignees, hereinafter designated as "Payers."

GOOD CAUSE APPEARING, THE COURT ORDERS

    1.    That the petition is granted and the compromise is approved.

    2.    That the prayers shall disburse the proceeds of the settlement approved by this order in the following manner:

        (1)    Attorneys' fees..............................................................$43,333.33

                  Costs............................................................................$1,513.76

        (2)    Balance of the Settlement Sum..........................................................................$85,152.90

Said sum shall be made payable to "Hartford Comprehensive Employee Benefit Service Company or Hartford CEBSCO" towards the funding of an annuity for said minor, to be funded by Hartford Life Insurance Company with $**200.00** payable to Rebecca Cryer on behalf of said minor until said minor reaches the age of majority; and after said minor reaches the age of majority, in accordance with the terms and

payment schedule set forth herein as Exhibit "A."

3. The Petitioner is hereby authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the settlement as set forth herein.

IT IS SO ORDERED.

Dated:  May 19, 2008

       /s/ Sandra M. Snyder
HONORABLE SANDRA M. SNYDER
United States Magistrate Judge

# EXHIBIT "A"

## DESCRIPTION OF PERIODIC PAYMENTS

### With Hartford Life Insurance Company

**For Keidron Davis**

$200 per month, guaranteed 14 years and 3 months, beginning July 15, 2008. The last payment will be made on September 15, 2022.

$20,000 guaranteed lump sum payable October 10, 2022.

$35,000 guaranteed lump sum payable October 10, 2025.

$50,000 guaranteed lump sum payable October 10, 2029.

$110,900 guaranteed lump sum payable October 10, 2034.

Guaranteed Payout:                    $250,000.00

The obligation to make periodic payments described above may be assigned to Hartford Comprehensive Employee Benefit Service Co. and funded by an annuity contract issued by Hartford Life Insurance Company, rated A+XV by A.M. Best Company, and AA- by Standard and Poor's.

[PROPOSED] 1st AMENDED ORDER APPROVING COMPROMISE OF MINOR'S CLAIM RE KEIDRON DAVIS