1  John E. Sweeney   State Bar No. 116285
   Angela M. Powell  State Bar No. 191876
2  **THE SWEENEY FIRM**
   315 South Beverly Drive, Suite 305
3  Beverly Hills, California 90212
   Telephone:  310.277.9595
4  Facsimile:  310.277.0177
   E-mail:     jes@thesweeneyfirm.com
5              amp@thesweeneyfirm.com

6  Attorneys for PLAINTIFFS

7
                    **UNITED STATES DISTRICT COURT**
8
               **EASTERN DISTRICT OF CALIFORNIA, FRESNO**
9

10 | KEIDRON DAVIS, a minor, by and through his guardian ad litem REBECCA CRYER; SHIANNE DAVIS, a minor, by and through her guardian ad litem REBECCA CRYER, KAREEM DAVIS, a minor by and through his guardian ad litem, NALIN AVILA, CEDRIC DAVIS, JR. a minor by and through his guardian ad litem, SHANTEE ALEXANDER; TASHIYA DAVIS, a minor by and through her guardian ad litem, SHANTEE ALEXANDER, | CASE NO.: 1:07-cv-00180-SMS

   **1st AMENDED ORDER APPROVING COMPROMISE OF MINOR'S CLAIM RE KAREEM DAVIS**

   Date:      May 13, 2008
   Time:      11:00 a.m.
   Location:  Department 7

                                 *Plaintiffs*,
17                v.

18 MERCED COUNTY; MERCED COUNTY JAIL; MERCED COUNTY SHERIFF'S DEPARTMENT; T.ADAMS ARELLANO, NO. 5332; L. BARRON, NO. 5361; R. BLODGETT, NO. 5316; B. GRIFFITH, NO. 5313; L. HALFORD, NO. 5365; E. KIDD, NO. 5372; J. MESSICK MELO, NO. 5346; J. MILLER, NO. 5355; V. MOCKUS, NO. 5376; B. MUNGUIA, NO. 5373; A. MURILLO, NO. 5353; ALEXANDER NGO, NO. 5340; R. NORRIS, NO.5386; MARK PACE, NO. 5320; R. ROMERO, NO. 5317; M. SALACUP, NO. 5375; B. SHAMBAUGH, NO. 5358; F. SWAFFORD, NO. 5390; R. THORSEN, NO. 5106; C. TILLEY, NO. 5328; M. VERGARA, NO. 5378; J. WATTERS, NO. 5366; and DOES 1 through 50, inclusive,

                                *Defendants*.

-1-

[PROPOSED] 1st AMENDED ORDER APPROVING COMPROMISE OF
MINOR'S CLAIM RE KAREEM DAVIS

Petitioner NALIN AVILA, Guardian Ad Litem for KAREEM DAVIS, has petitioned for the approval of the proposed compromise of claim. The matter came on regularly for hearing on May 13, 2008, at 11:00 a.m., in Department 7, concerning the following minor's claim:

Name of Minor:   Kareem Davis

Age: 10    Date of Birth: April 22, 1998    Sex: Male

Residence of Petitioner: 3257 East Silversmith Trail

Queen Creek, Arizona 85242

Residence of Minor:    3257 East Silversmith Trail

Queen Creek, Arizona 85242

Petitioner is the biological mother of Kareem Davis.

This claim to compromised is asserted against all defendants as set forth above, their agents, and assignees, hereinafter designated as "Payers."

GOOD CAUSE APPEARING, THE COURT ORDERS

1. That the petition is granted and the compromise is approved.
2. That the prayers shall disburse the proceeds of the settlement approved by this order in the following manner:
   (1) Attorneys' fees..............................................................$43,333.33
       Costs............................................................................$1,513.76
   (2) Balance of the Settlement
       Sum............................................................................$85,152.90

The sum of **$5,152.90** to be deposited into a blocked account.

The sum of **$80,000.00** shall be made payable to "Hartford Comprehensive Employee Benefit Service Company or Hartford CEBSCO" towards the funding of an annuity for said minor, to be funded by Hartford Life Insurance Company after said minor reaches the age of majority, in accordance with the terms and payment schedule set forth herein as Exhibit "A."

3. The Petitioner is hereby authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the settlement as set forth herein.

IT IS SO ORDERED.

Dated:     May 19, 2008

                               /s/ Sandra M. Snyder
                               HONORABLE SANDRA M. SNYDER
                               United States Magistrate Judge

# EXHIBIT "A"

## DESCRIPTION OF PERIODIC PAYMENTS

## With Hartford Life Insurance Company

**For Kareem Davis**

$20,000 guaranteed lump sum payable April 22, 2016.

$25,000 guaranteed lump sum payable April 22, 2019.

$35,000 guaranteed lump sum payable April 22, 2023.

$116,550 guaranteed lump sum payable April 22, 2028.

Guaranteed Payout:                $196,550.00

The obligation to make periodic payments described above may be assigned to Hartford Comprehensive Employee Benefit Service Co. and funded by an annuity contract issued by Hartford Life Insurance Company, rated A+XV by A.M. Best Company, and AA- by Standard and Poor's.