1  John E. Sweeney   State Bar No. 116285
   Angela M. Powell State Bar No. 191876
2  **THE SWEENEY FIRM**
   315 South Beverly Drive, Suite 305
3  Beverly Hills, California 90212
   Telephone:  310.277.9595
4  Facsimile:   310.277.0177
   E-mail:      jes@thesweeneyfirm.com
5               amp@thesweeneyfirm.com

6  Attorneys for PLAINTIFFS

7

              **UNITED STATES DISTRICT COURT**
8
         **EASTERN DISTRICT OF CALIFORNIA, FRESNO**
9

10  KEIDRON DAVIS, a minor, by and       )   CASE NO.: 1:07-cv-00180-SMS
    through his guardian ad litem REBECCA )
11  CRYER; SHIANNE DAVIS, a minor, by    )
    and through her guardian ad litem    )   **AMENDED ORDER APPROVING**
12  REBECCA CRYER, KAREEM DAVIS,         )   **COMPROMISE OF MINOR'S**
    a minor by and through his guardian ad)   **CLAIM CEDRIC DONNELL**
13  litem, NALIN AVILA, CEDRIC DAVIS,    )   **DAVIS, Jr.**
    JR. a minor by and through his guardian)
14  ad litem, SHANTEE ALEXANDER;         )
    TASHIYA DAVIS, a minor by and        )   **Date:        May 13, 2008**
15  through her guardian ad litem,        )   **Time:        11:00 a.m.**
    SHANTEE ALEXANDER,                   )   **Location:    Department 7**
16                                        )
                          *Plaintiffs*,  )
17            v.                          )
                                         )
18  MERCED COUNTY; MERCED                )
    COUNTY JAIL; MERCED COUNTY           )
19  SHERIFF'S DEPARTMENT; T.ADAMS        )
    ARELLANO, NO. 5332; L. BARRON,       )
20  NO. 5361; R. BLODGETT, NO. 5316;     )
    B. GRIFFITH, NO. 5313; L. HALFORD,   )
21  NO. 5365; E. KIDD, NO. 5372;         )
    J. MESSICK MELO, NO. 5346;           )
22  J. MILLER, NO. 5355; V. MOCKUS,      )
    NO. 5376; B. MUNGUIA, NO. 5373;      )
23  A. MURILLO, NO. 5353; ALEXANDER      )
    NGO, NO. 5340;  R. NORRIS, NO.5386;  )
24  MARK PACE, NO. 5320; R. ROMERO,      )
    NO. 5317;  M. SALACUP, NO. 5375;     )
25  B. SHAMBAUGH, NO. 5358;              )
    F. SWAFFORD, NO. 5390;               )
26  R. THORSEN,  NO. 5106; C. TILLEY,    )
    NO. 5328;  M. VERGARA, NO. 5378;     )
27  J. WATTERS, NO. 5366; and DOES 1     )
    through 50, inclusive,               )
28                                        )
                          *Defendants*.  )

                          -1-

_____

Petitioner SHANTEE ALEXANDER, Guardian Ad Litem for CEDRIC DONNELL DAVIS, JR., has petitioned for the approval of the proposed compromise of claim.  The matter came on regularly for hearing on May 13, 2008 at 11:00 a.m, in Department 7, concerning the following minor's claim:

Name of minor:   Cedric Donnell Davis, Jr.

Age:  8          Date of Birth: December 9, 1999          Sex: Male

Residence of Petitioner: 330 Bird Street, Apt. 27

Yuba City, California 95991

Residence of Minor:   330 Bird Street, Apt. 27

Yuba City, California 95991

Petitioner is the biological mother of Cedric Donnell Davis, Jr.

This claim to compromised is asserted against all defendants as set forth above, their agents, and assignees, hereinafter designated as "Payers."

GOOD CAUSE APPEARING, THE COURT ORDERS

1.   That the petition is granted and the compromise is approved.

2.   That the prayers shall disburse the proceeds of the settlement approved by this order in the following manner:

(1)   Attorneys' fees.............................................................$43,333.33

Costs.................................................................$1,513.76

(2)   Balance of the Settlement

Sum...............................................................$85,152.90

The sum of **$5,152.90** to be deposited into a blocked account.

The sum of $**80,000.00** shall be made payable to "Hartford Comprehensive Employee Benefit Service Company or Hartford CEBSCO" towards the funding of an annuity for said minor, to be funded by Hartford Life Insurance Company payable to said minor in accordance with the terms and payment schedule set forth herein as Exhibit "A."

-2-

1    3.    The Petitioner is hereby authorized and directed to execute any and all

2          documents reasonably necessary to carry out the terms of the

3          settlement as set forth herein.

4

5    IT IS SO ORDERED.

6

7    Dated:  May 19, 2008

8
                              /s/ Sandra M. Snyder
9                             HONORABLE SANDRA M. SNYDER
                              United States Magistrate Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

# EXHIBIT "A"

## OPTION 2 DESCRIPTION OF PERIODIC PAYMENTS

### With Hartford Life Insurance Company

**For Cedric Davis, Jr.**

$20,000 guaranteed lump sum payable December 9, 2017.

$30,000 guaranteed lump sum payable December 9, 2020.

$50,000 guaranteed lump sum payable December 9, 2024.

$111,057 guaranteed lump sum payable December 9, 2029.

Guaranteed Payout:                    $211,057.00

The obligation to make periodic payments described above may be assigned to Hartford Comprehensive Employee Benefit Service Co. and funded by an annuity contract issued by Hartford Life Insurance Company, rated A+XV by A.M. Best Company, and AA- by Standard and Poor's.

-4-