1 | John E. Sweeney   State Bar No. 116285
  | Angela M. Powell  State Bar No. 191876
2 | **THE SWEENEY FIRM**
  | 315 South Beverly Drive, Suite 305
3 | Beverly Hills, California 90212
  | Telephone:  310.277.9595
4 | Facsimile:  310.277.0177
  | E-mail:     jes@thesweeneyfirm.com
5 |             amp@thesweeneyfirm.com

6 | Attorneys for PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO**

| | |
|---|---|
| KEIDRON DAVIS, a minor, by and through his guardian ad litem REBECCA CRYER; SHIANNE DAVIS, a minor, by and through her guardian ad litem REBECCA CRYER, KAREEM DAVIS, a minor by and through his guardian ad litem, NALIN AVILA, CEDRIC DAVIS, JR. a minor by and through his guardian ad litem, SHANTEE ALEXANDER; TASHIYA DAVIS, a minor by and through her guardian ad litem, SHANTEE ALEXANDER, <br><br> *Plaintiffs*, <br><br> v. <br><br> MERCED COUNTY; MERCED COUNTY JAIL; MERCED COUNTY SHERIFF'S DEPARTMENT; T.ADAMS ARELLANO, NO. 5332; L. BARRON, NO. 5361; R. BLODGETT, NO. 5316; B. GRIFFITH, NO. 5313; L. HALFORD, NO. 5365; E. KIDD, NO. 5372; J. MESSICK MELO, NO. 5346; J. MILLER, NO. 5355; V. MOCKUS, NO. 5376; B. MUNGUIA, NO. 5373; A. MURILLO, NO. 5353; ALEXANDER NGO, NO. 5340; R. NORRIS, NO.5386; MARK PACE, NO. 5320; R. ROMERO, NO. 5317; M. SALACUP, NO. 5375; B. SHAMBAUGH, NO. 5358; F. SWAFFORD, NO. 5390; R. THORSEN, NO. 5106; C. TILLEY, NO. 5328; M. VERGARA, NO. 5378; J. WATTERS, NO. 5366; and DOES 1 through 50, inclusive, <br><br> *Defendants*. | CASE NO.: 1:07-cv-00180-SMS <br><br> **AMENDED ORDER APPROVING COMPROMISE OF MINOR'S CLAIM RE TASHIYA LANAE DAVIS** <br><br> Date:     May 13, 2008 <br> Time:     11:00 a.m. <br> Location: Department 7 |

-1-

[PROPOSED] AMENDED ORDER APPROVING COMPROMISE OF MINOR'S CLAIM
RE TASHIYA LANAE DAVIS

Petitioner SHANTEE ALEXANDER, Guardian Ad Litem for TASHIYA LANAE DAVIS, has petitioned for the approval of the proposed compromise of claim.  The matter came on regularly for hearing on May 13, 2008, at 11:00 a.m., in Department One, concerning the following minor's claim:

    Name of Minor:   Tashiya Lanae Davis

    Age:  5        Date of Birth: December 18, 2002    Sex: Female

    Residence of Petitioner: 330 Bird Street, Apt. 27

                       Yuba City, California 95991

    Residence of Minor:    330 Bird Street, Apt. 27

                       Yuba City, California 95991

Petitioner is the biological mother of Tashiya Lanae Davis.

This claim to compromised is asserted against all defendants as set forth above, their agents, and assignees, hereinafter designated as "Payers."

GOOD CAUSE APPEARING, THE COURT ORDERS

    1.    That the petition is granted and the compromise is approved.

    2.    That the prayers shall disburse the proceeds of the settlement approved by this order in the following manner:

        (1)    Attorneys' fees..............................................................$43,333.33

                  Costs...........................................................................$1,513.76

        (2)    Balance of the Settlement

                  Sum..........................................................................$85,152.90

The sum of **$5,152.90** to be deposited into a blocked account.

The sum of **$80,000.00** shall be made payable to "Hartford Comprehensive Employee Benefit Service Company or Hartford CEBSCO" towards the funding of an annuity for said minor, to be payable to said minor in accordance with the terms and payment schedule set forth herein as Exhibit "A".

[PROPOSED] AMENDED ORDER APPROVING COMPROMISE OF MINOR'S CLAIM
RE TASHIYA LANAE DAVIS

3. The Petitioner is hereby authorized and directed to execute any and all documents reasonably necessary to carry out the terms of the settlement as set forth herein.

IT IS SO ORDERED.

Dated: May 19, 2008

                                     /s/ Sandra M. Snyder  
                                    HONORABLE SANDRA M. SNYDER  
                                    United States Magistrate Judge

[PROPOSED] AMENDED ORDER APPROVING COMPROMISE OF MINOR'S CLAIM  
RE TASHIYA LANAE DAVIS

# EXHIBIT "A"

## OPTION 2 DESCRIPTION OF PERIODIC PAYMENTS

### With Hartford Life Insurance Company

**For Tashia Davis**

$22,250 guaranteed lump sum payable December 18, 2020.

$35,000 guaranteed lump sum payable December 18, 2023.

$60,000 guaranteed lump sum payable December 18, 2027.

$139,170 guaranteed lump sum payable December 18, 2032.

Guaranteed Payout:                               $256,420.00

The obligation to make periodic payments described above may be assigned to Hartford Comprehensive Employee Benefit Service Co. and funded by an annuity contract issued by Hartford Life Insurance Company, rated A+XV by A.M. Best Company, and AA- by Standard and Poor's.

[PROPOSED] AMENDED ORDER APPROVING COMPROMISE OF MINOR'S CLAIM
RE TASHIYA LANAE DAVIS