**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Stephen W. Robertson, SBN 228708
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

ATTORNEYS FOR:  Defendants MERCED COUNTY, MERCED COUNTY JAIL; MERCED COUNTY SHERIFF'S DEPARTMENT; T. ADAMS ARELLANO, L. BARRON, R. BLODGETT, B. GRIFFITH, L. HALFORD, E. KIDD, J. MESSICK MELO, J. MILLER, V. MOCKUS, B. MUNGUIA, A. MURILLO, ALEXANDER NGO, R. NORRIS, MARK PACE, R. ROMERO, M. SALACUP, B. SHAMBAUGH, F. SWAFFORD, R. THORSEN, C. TILLEY, M. VERGARA and J. WATTERS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEIDRON DAVIS, a minor, by and through his guardian ad litem REBECCA CRYER; SHIANNE DAVIS, a minor, by and through his guardian ad litem REBECCA CRYER, KAREEM DAVIS, a minor by and through his guardian ad litem, NALIN AVILA, CEDRIC DAVIS, JR. a minor by and through his guardian ad litem, SHANTEE ALEXANDER; TASHIYA DAVIS, a minor by and through her guardian ad litem, SHANTEE ALEXANDER, <br><br>                  Plaintiffs, <br><br>vs. <br><br>MERCED COUNTY, MERCED COUNTY JAIL; MERCED COUNTY SHERIFF'S DEPARTMENT; T. ADAMS ARELLANO, NO. 5332; L. BARRON, NO. 5361; R. BLODGETT, NO. 5316; B. GRIFFITH, NO. 5313; L. HALFORD, NO. 5365, E. KIDD, NO. 5372; J. MESSICK MELO, NO. 5346; J. MILLER, NO. 5355; V. MOCKUS, NO. 5376; B. MUNGUIA, NO. 5373; A. MURILLO, NO. 5353; ALEXANDER NGO, NO. 5340; R. NORRIS, NO. 5386; MARK | Case No. 1:07-cv-00180-SMS <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE**; <br><br> **ORDER** |

1

00587623.WPD   **STIPULATION FOR DISMISSAL WITH PREJUDICE**

1  PACE, NO. 5320; R. ROMERO, NO. 5317; M. SALACUP, NO. 5375; B. SHAMBAUGH, NO. 5358; F. SWAFFORD, NO. 5390; R. THORSEN, NO. 5106; C. TILLEY, NO. 5328; M. VERGARA, NO. 5378; J. WATTERS, NO. 5366; KAREEN DAVIS; CEDRIC DAVIS, JR.; TASHIA DAVIS; AND DOES 1 through 50, inclusive

    Defendants.
                                          /

8      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs KEIDRON DAVIS, a minor, by and through his guardian ad litem REBECCA CRYER; SHIANNE DAVIS, a minor, by and through his guardian ad litem REBECCA CRYER, KAREEM DAVIS, a minor by and through his guardian ad litem, NALIN AVILA, CEDRIC DAVIS, JR. a minor by and through his guardian ad litem, SHANTEE ALEXANDER; TASHIYA DAVIS, a minor by and through her guardian ad litem, SHANTEE ALEXANDER and Defendant MERCED COUNTY by and through their undersigned counsel, that any and all claims against Defendant MERCED COUNTY be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own attorney fees and costs.

Dated: June 9, 2008          THE SWEENEY FIRM

                             By /s/   John E. Sweeney
                                 John E. Sweeney
                                 Attorney for Plaintiffs KEIDRON DAVIS, a minor, by and through his guardian ad litem REBECCA CRYER; SHIANNE DAVIS, a minor, by and through his guardian ad litem REBECCA CRYER, KAREEM DAVIS, a minor by and through his guardian ad litem, NALIN AVILA, CEDRIC DAVIS, JR. a minor by and through his guardian ad litem, SHANTEE ALEXANDER; TASHIYA DAVIS, a minor by and through her guardian ad litem, SHANTEE ALEXANDER

00587623.WPD          **STIPULATION FOR DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | Dated: June 10, 2008 | PORTER SCOTT<br>A Professional Corporation |
| 2 | | |
| 3 | | |
| 4 | | By  /s/ Terence J. Cassidy<br>　　　Terence J. Cassidy<br>　　　Attorney for Defendants |
| 5 | | MERCED COUNTY, MERCED COUNTY JAIL; MERCED COUNTY SHERIFF'S |
| 6 | | DEPARTMENT; T. ADAMS ARELLANO, L. BARRON, R. BLODGETT, B. |
| 7 | | GRIFFITH, L. HALFORD, E. KIDD, J. MESSICK MELO, J. MILLER, V |
| 8 | | MOCKUS, B. MUNGUIA, A. MURILLO, ALEXANDER NGO, R. NORRIS, MARK |
| 9 | | PACE, R. ROMERO, M. SALACUP, B. SHAMBAUGH, F. SWAFFORD, R. |
| 10 | | THORSEN, C. TILLEY, M. VERGARA and J. WATTERS |

IT IS SO ORDERED.

**Dated:   June 18, 2008**          /s/ Sandra M. Snyder
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3

00587623.WPD          **STIPULATION FOR DISMISSAL WITH PREJUDICE**