**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 99180
Stephen W. Robertson, SBN 228708
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

ATTORNEYS FOR: Defendants MERCED COUNTY, MERCED COUNTY JAIL; MERCED COUNTY SHERIFF'S DEPARTMENT; T. ADAMS ARELLANO, L. BARRON, R. BLODGETT, B. GRIFFITH, L. HALFORD, E. KIDD, J. MESSICK MELO, J. MILLER, V. MOCKUS, B. MUNGUIA, A. MURILLO, ALEXANDER NGO, R. NORRIS, MARK PACE, R. ROMERO, M. SALACUP, B. SHAMBAUGH, F. SWAFFORD, R. THORSEN, C. TILLEY, M. VERGARA and J. WATTERS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIDRON DAVIS, a minor, by and through his guardian ad litem REBECCA CRYER; SHIANNE DAVIS, a minor, by and through his guardian ad litem REBECCA CRYER, KAREEM DAVIS, a minor by and through his guardian ad litem, NALIN AVILA, CEDRIC DAVIS, JR. a minor by and through his guardian ad litem, SHANTEE ALEXANDER; TASHIYA DAVIS, a minor by and through her guardian ad litem, SHANTEE ALEXANDER, <br><br> Plaintiffs, <br><br> vs. <br><br> MERCED COUNTY, MERCED COUNTY JAIL; MERCED COUNTY SHERIFF'S DEPARTMENT; T. ADAMS ARELLANO, NO. 5332; L. BARRON, NO. 5361; R. BLODGETT, NO. 5316; B. GRIFFITH, NO. 5313; L. HALFORD, NO. 5365, E. KIDD, NO. 5372; J. MESSICK MELO, NO. 5346; J. MILLER, NO. 5355; V. MOCKUS, NO. 5376; B. MUNGUIA, NO. 5373; A. MURILLO, NO. 5353; ALEXANDER NGO, NO. 5340; R. NORRIS, NO. 5386; MARK | Case No. 1:07-cv-00180-SMS <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE**; <br><br> **ORDER** |

---

1

00587624.WPD          **STIPULATION FOR DISMISSAL WITH PREJUDICE**

1  PACE, NO. 5320; R. ROMERO, NO. 5317; M. SALACUP, NO. 5375; B. SHAMBAUGH, NO. 5358; F. SWAFFORD, NO. 5390; R. THORSEN, NO. 5106; C. TILLEY, NO. 5328; M. VERGARA, NO. 5378; J. WATTERS, NO. 5366; KAREEN DAVIS; CEDRIC DAVIS, JR.; TASHIA DAVIS; AND DOES 1 through 50, inclusive

Defendants.
_____/

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs KEIDRON DAVIS, a minor, by and through his guardian ad litem REBECCA CRYER; SHIANNE DAVIS, a minor, by and through his guardian ad litem REBECCA CRYER, KAREEM DAVIS, a minor by and through his guardian ad litem, NALIN AVILA, CEDRIC DAVIS, JR. a minor by and through his guardian ad litem, SHANTEE ALEXANDER; TASHIYA DAVIS, a minor by and through her guardian ad litem, SHANTEE ALEXANDER and Defendants MERCED COUNTY JAIL; MERCED COUNTY SHERIFF'S DEPARTMENT; T. ADAMS ARELLANO, L. BARRON, R. BLODGETT, B. GRIFFITH, L. HALFORD, E. KIDD, J. MESSICK MELO, J. MILLER, V. MOCKUS, B. MUNGUIA, A. MURILLO, ALEXANDER NGO, R. NORRIS, MARK PACE, R. ROMERO, M. SALACUP, B. SHAMBAUGH, F. SWAFFORD, R. THORSEN, C. TILLEY, M. VERGARA and J. WATTERS by and through their undersigned counsel, that any and all claims against Defendants MERCED COUNTY JAIL; MERCED COUNTY SHERIFF'S DEPARTMENT; T. ADAMS ARELLANO, L. BARRON, R. BLODGETT, B. GRIFFITH, L. HALFORD, E. KIDD, J. MESSICK MELO, J. MILLER, V. MOCKUS, B. MUNGUIA, A. MURILLO, ALEXANDER NGO, R. NORRIS, MARK PACE, R. ROMERO, M. SALACUP, B. SHAMBAUGH, F. SWAFFORD, R. THORSEN, C. TILLEY, M. VERGARA and J. WATTERS be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear their own attorney fees and costs.

///

///

| | | |
|---|---|---|
| 1 | Dated: June 9, 2008 | THE SWEENEY FIRM |

By /s/ John E. Sweeney
    John E. Sweeney
    Attorney for Plaintiffs KEIDRON DAVIS, a minor, by and through his guardian ad litem REBECCA CRYER; SHIANNE DAVIS, a minor, by and through his guardian ad litem REBECCA CRYER, KAREEM DAVIS, a minor by and through his guardian ad litem, NALIN AVILA, CEDRIC DAVIS, JR. a minor by and through his guardian ad litem, SHANTEE ALEXANDER; TASHIYA DAVIS, a minor by and through her guardian ad litem, SHANTEE ALEXANDER

Dated: June 10, 2008    PORTER SCOTT
A Professional Corporation

By /s/ Terence J. Cassidy
    Terence J. Cassidy
    Attorney for Defendants MERCED COUNTY, MERCED COUNTY JAIL; MERCED COUNTY SHERIFF'S DEPARTMENT; T. ADAMS ARELLANO, L. BARRON, R. BLODGETT, B. GRIFFITH, L. HALFORD, E. KIDD, J. MESSICK MELO, J. MILLER, V MOCKUS, B. MUNGUIA, A. MURILLO, ALEXANDER NGO, R. NORRIS, MARK PACE, R. ROMERO, M. SALACUP, B. SHAMBAUGH, F. SWAFFORD, R. THORSEN, C. TILLEY, M. VERGARA and J. WATTERS

IT IS SO ORDERED.

**Dated:   June 18, 2008**    /s/ Sandra M. Snyder
    UNITED STATES MAGISTRATE JUDGE

3

00587624.WPD    **STIPULATION FOR DISMISSAL WITH PREJUDICE**