UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| KEIDRON DAVIS, a minor, by and through his guardian ad litem REBECCA CRYER; SHIANNE DAVIS, a minor, by and through her guardian ad litem REBECCA CRYER; KAREEM DAVIS, a minor by and through his guardian ad litem, NALIN AVILA; CEDRIC DAVIS, JR., a minor by and through his guardian ad litem, SHANTEE ALEXANDER; TASHIYA DAVIS, a minor by and through her guardian ad litem, SHANTEE ALEXANDER, <br><br>                Plaintiffs, <br><br>vs. <br><br>MERCED COUNTY; MERCED COUNTY JAIL; MERCED COUNTY SHERIFF'S DEPARTMENT; T. ADAMS ARELLANO, NO. 5332; L. BARRON, NO. 5361; R. BLODGETT. NO. 5316; B. GRIFFITH, | Case No.: 1:07-cv-00180-MJS <br><br>**ORDER GRANTING REQUEST TO RELEASE FUNDS DEPOSITED INTO KAREEM DAVIS' BLOCKED MINOR's ACCOUNT** <br><br>**(ECF NO. 90.)** |

- 1 -
**ORDER TO RELEASE FUNDS DEPOSITED INTO BLOCKED MINOR'S ACCOUNT**

NO. 5313; L. HALFORD, NO. 5365; E. KIDD, NO. 5372; J. MESSICK MELO, NO. 5346; J. MILLER, NO. 5355; V. MOCKUS, NO. 5376; B. MUNGUIA, NO. 5373; A. MURILLO, NO. 5353; ALEXANDER NGO, NO. 5340; R. NORRIS, NO. 5386; MARK PACE, NO. 5320; R. ROMERO, NO. 5317; M. SALACUP, NO. 5375; B. SHAMBAUGH, NO. 5358; F. SWAFFORD, NO. 5390; R. THORSEN, NO. 5106; C. TILLEY, NO. 5328; M. VERGARA, NO. 5378; J. WATTERS, NO. 5366; and DOES 1 through 50, Inclusive,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

---

On December 13, 2016, Plaintiff Kareem Davis moved this Court for an Order directing Desert Schools Federal Credit Union to release funds which had been deposited in May 2008 into an account in said Credit Union for the benefit of the then-minor Kareem Davis. (ECF 90.)

The Court ordered that objections, if any, to the requested relief be filed by December 28, 2016, and that, absent same, the requested relief would be granted. (ECF No. 92.)

No objections having been received, the Court deems the matter submitted and appropriate for decision without oral argument. (Local Rule 230; Fed. R. Civ. P. 78.) **The hearing scheduled for January 13, 2017, is hereby vacated.**

The Court being satisfied that it was the intention of the Court and parties that the funds so deposited, and all interest accumulated thereon, be released to Kareem Davis upon his reaching the age of majority, and it appearing, further, that said Kareem Davis has reached the age of majority, the motion shall be granted.

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the sum of Five Thousand One Hundred Fifty Two Dollars and Ninety Cents ($5,152.90), plus all interest

1  accrued thereon since deposit, in the Blocked Minor's Account of Kareem Davis at Desert
2  Schools Federal Credit Union be forthwith released to said KAREEM DAVIS.

3
4  IT IS SO ORDERED.

5      Dated:   January 3, 2017                    /s/ *Michael J. Seng*
6                                                  UNITED STATES MAGISTRATE JUDGE

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER TO RELEASE FUNDS DEPOSITED INTO BLOCKED MINOR'S ACCOUNT**