# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEIDRON DAVIS, et al., | Case No. 1:07-cv-00180-SKO |
| Plaintiffs, | ORDER GRANTING REQUEST TO RELEASE FUNDS DEPOSITED INTO CEDRIC DAVIS, JR.'S BLOCKED ACCOUNT |
| v. | |
| MERCED COUNTY JAIL, et al., | (Doc. 98) |
| Defendants. | |

On July 2, 2019, Plaintiff Cedric Davis, Jr. moved this Court for an Order directing Chase Bank located in Yuba City, California, to release funds which had been deposited in 2008 into an account in said Bank for the benefit of the then-minor Cedric Davis, Jr. (Doc. 98.)

The Court ordered that objections, if any, to the requested relief be filed by July 17, 2019, and that, absent same, the requested relief would be granted. (Doc. 99.) No objections were received.

The Court being satisfied that it was the intention of the Court and parties that the funds so deposited, and all interest accumulated thereon, be released to Cedric Davis, Jr. upon his reaching the age of majority, and it appearing, further, that Cedric Davis, Jr. has reached the age of majority, the request shall be granted.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sum of Five Thousand One Hundred Fifty-Two Dollars and Ninety Cents ($5,152.90), plus all interest accrued thereon

since deposit, in the Blocked Minor's Account of Cedric Davis, Jr. at Chase Bank located in Yuba City, California, be forthwith released to said CEDRIC DAVIS, JR.

IT IS SO ORDERED.

Dated: **July 26, 2019** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE