1
2
3
4
5
6
# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8
9    KEIDRON DAVIS, et al.,                         Case No.  1:07-cv-00180-SKO

10                    Plaintiffs,                   ORDER GRANTING REQUEST TO
                                                    RELEASE FUNDS DEPOSITED INTO
11           v.                                     TASHIYA DAVIS'S BLOCKED
                                                    ACCOUNT
12   MERCED COUNTY JAIL, et al.,                    (Doc. 101)
13                    Defendants.
14   _____/

15
16
17           On December 9, 2021, Plaintiff Tashiya Davis moved this Court for an order directing Chase

18   Bank located in Yuba City, California, to release funds which had been deposited in 2008 into an

19   account in that Bank for the benefit of the then-minor Tashiya Davis.  (Doc. 101.)

20           The Court ordered that objections, if any, to the requested relief be filed by December 27,

21   2021, and that, absent any objections, the requested relief would be granted.  (Doc. 103.)  No

22   objections were filed.

23           The Court being satisfied that it was the intention of the Court and parties that the funds so

24   deposited, and all interest accumulated thereon, be released to Tashiya Davis upon her reaching the

25   age of majority, and it appearing further that Tashiya Davis has reached the age of majority, the

26   request shall be granted.

27           Good cause appearing, IT IS HEREBY ORDERED that the sum of Five Thousand One

28   Hundred Fifty-Two Dollars and Ninety Cents ($5,152.90), plus all interest accrued thereon since

1  deposit, in the Blocked Minor's Account of Tashiya Davis at Chase Bank located in Yuba City,

2  California, be forthwith released to said TASHIYA DAVIS.

3

4  IT IS SO ORDERED.

5  Dated:   **December 30, 2021**                  /s/ *Sheila K. Oberto*

6                                                  UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28